William L. Clark, Respondent, v. John B. West, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Sarah Emilie Hope, Appellant, v. James Benjamin Oric Shevill, Appellant. Charles O. Seaman and Others, Respondents.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Probate of the Last Will and Testament of John Cunnion, Deceased.— Motion denied, without costs, upon the ground that under section 1303 of the Code of Civil Procedure application for relief should be made to the Court of Appeals. (Nelson v. Tenney, 113 N. Y. 616; Matter of Sheldon, 117 App. Div. 357.) Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application of the United Building Material Company to Join William E. Paine and Benjamin B. Odell, Jr., as Receivers, etc., as Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Charles Mathisen, Respondent, v. Gudolf Wettre, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

John H. May, as Administrator, etc., of Charles Nelson May, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Thomas and Carr, JJ.; Burr, J., taking no part.

Mechanics and Traders' Bank, Respondent, v. Bergen Heights Realty Corporation and Others, Defendants. Franklin L. Sheppard and Howard R. Sheppard, Appellants:— Motion to resettle order denied, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

John Muller, Appellant, v. Brooklyn Heights Railroad Company, Respondent. — Motion denied, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Isaac Salmon, Appellant, v. Benjamin Troupiansky, Respondent.— Motion granted, without costs. Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Cross, Austin & Ireland Lumber Company, Respondent, v. Walter J. Etherington, Appellant.— Motion to dismiss appeal denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Harry M. Holbrook for Admission to the Bar.— Application granted and order signed. Present — Jenks, Burr, Thomas and Carr, JJ.

Anna Abele, Respondent, v. William Janes, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.